IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSIAH JOHN CULVERSON, Defendant. | CR 24-06-BLG-SPW  AMENDED FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Unopposed Motion for Amended Final Order of Forfeiture (Doc. 52). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on March 25, 2024;

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Amended Final Order of Forfeiture (Doc. 52) is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Polymer80 Inc, Model PF940V2, 9mm caliber, semi-automatic pistol, SN: None.
- Glock, Model 19, 9mm caliber, semi-automatic pistol, SN: Removed.
- Five (5) assorted brand 9mm caliber rounds.
- Approximately 200 rounds of assorted brand and caliber ammunition.
- Thirteen (13) rounds of assorted brand 9mm caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

4.   Further, the Smith & Wesson, Model M&P 9 Shield Plus, 9mm caliber, semiautomatic pistol, SN: JNN1696, is ordered returned to Madison J. Bunt. The government received a valid claim for this firearm and has identified Ms. Bunt as the true owner of this firearm. The government confirms that Ms. Bunt is not prohibited from possessing firearms.

DATED this ___4th___ day of December, 2024.

_____
SUSAN P. WATERS, U.S. District Judge
United States District Court